HILL *et al. v.* CALVERT MORTGAGE COMPANY.

GILBERT, J. Where, upon the rendition of a judgment by the court on an unconditional contract in writing (the plea having been stricken), a motion for a new trial was filed, complaining of "the verdict," when no verdict had been returned, and no pendente-lite exception was taken to the striking of the answer, no valid assignment of error is made.

*Judgment affirmed. All the Justices concur.*

No. 179. JUNE 14, 1917.

Complaint. Before Judge Munro. Taylor superior court. December 16, 1916.

*W. F. Weaver,* for plaintiffs in error. *West & Dasher,* contra.

---

MERCER *v.* THE STATE.

GILBERT, J. The court did not err in admitting the evidence upon which error was assigned. The charges complained of contained expressions which were not strictly accurate, but such inaccuracies were not calculated to mislead the jury. Certainly they were not so prejudicial as to require the grant of a new trial, when considered in the light of the whole record. The evidence warranted the verdict.

*Judgment affirmed. All the Justices concur.*

No. 304. JUNE 14, 1917.

Indictment for murder. Before Judge Hardeman. Candler superior court. March 23, 1917.

*Lanier, Deal & Renfroe,* for plaintiff in error.

*Clifford Walker, attorney-general, Walter F. Grey, solicitor-general,* and *M. C. Bennet,* contra.

---

GRIFFIN *v.* THE STATE.

EVANS, P. J. The sole complaint is directed to the sufficiency of the evidence. After a careful examination of the record, we are of the opinion that the verdict is supported by the evidence; and as the verdict is approved by the trial judge, no sufficient cause is shown for setting it aside. *Judgment affirmed. All the Justices concur.*

No. 305. JUNE 14, 1917.

Indictment for murder. Before Judge Kent. Laurens superior court. March 17, 1917.

*J. S. Adams* and *Fred. Kea,* for plaintiff in error.

*Clifford Walker, attorney-general, E. L. Stephens, solicitor-general,* and *M. C. Bennet,* contra.